FORM C9B
1SMR94386 - RIEMER & ASSOCIATES LLC

UNITED STATES SOUTHERN DIST. COURT - NEW YORK COUNTY

------------------------------------
SCOTT S. KANYOK,

        PLAINTIFF
  - vs. -

METROPOLITAN LIFE INSURANCE COMPANY,

        DEFENDANT
------------------------------------

Index No: 08 CV 6313
Date Filed:   /   /
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**ANDREW LINDAUER** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **08/01/2008** at **8:50AM** at **2701 BRIDGE PLAZA , LONG ISLAND CITY, NY** , I served a true copy of the **SUMMONS AND COMPLAINT JUDGES RULES** upon **METROPOLITAN LIFE INSURANCE COMPANY** the **DEFENDANT** therein named by delivering to, and leaving personally with **MARC ALPERT, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **MALE**        COLOR: **WHITE**        HAIR: **GRAY**
    APP. AGE: **45**     APP. HT: **5'8**      APP. WT: **160**
    OTHER IDENTIFYING FEATURES:

Sworn to before me on **08/05/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667022
Qualified in BRONX
Commission Expires 12/31/2010

ANDREW LINDAUER - 724538
SID MARKS NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML

M