McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
     Randi F. Knepper

| | |
|---|---|
| SCOTT S. KANYOK | : UNITED STATES DISTRICT COURT<br>: SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | : CIVIL ACTION NO.: 08-cv-6313 (GEL)(DCF) |
| vs. | : |
| METROPOLITAN LIFE<br>INSURANCE COMPANY | : |
| Defendant. | : |

## CIVIL ACTION – NOTICE OF APPEARANCE

Please enter my appearance as counsel in this action for Defendant, Metropolitan Life Insurance Company. I certify that I am an attorney at law admitted to practice before the United States District Court, Southern District of New York and am counsel to the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>
Attorneys for Defendant,<br>
Metropolitan Life Insurance Company<br>
<br>
By: _____<br>
     Randi F. Knepper

Dated: August 8, 2008

1124747_1

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
        Randi E. Knepper

|  |  |
|---|---|
| SCOTT S. KANYOK | : UNITED STATES DISTRICT COURT<br>: SOUTHERN DISTRICT OF NEW YORK<br>: |
| Plaintiff, | : CIVIL ACTION NO.: 08-cv-6313 (GEL)(DCF)<br>: |
| vs. | :<br>: |
| METROPOLITAN LIFE<br>INSURANCE COMPANY | :<br>:<br>: |
| Defendant. | :<br>: |

## CIVIL ACTION – CERTIFICATE OF SERVICE

I, Carol Thomas, am employed by the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Metropolitan Life Insurance Company ("MetLife") in the within matter.

On August 8, 2008, I served true and accurate copies of the within Notice of Appearance and this Certification of Service upon the following in accordance with the Federal Rules of Civil Procedure, the electronic filing rules of the United States District Court, Southern District of New York on the following:

       Scott M. Riemer, Esq.
       Riemer & Associates, LLC
       Office and Post Office Address
       60 East 42nd Street, Suite 243
       New York, NY 10165

    I HEREBY CERTIFY that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*[signature: Carol Thomas]*
Carol Thomas

Date: August 8, 2008

1124775_1