McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
         Randi F. Knepper

| | |
|---|---|
| SCOTT S. KANYOK | : UNITED STATES DISTRICT COURT |
| | : SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | : |
| | : CIVIL ACTION NO.: 08-cv-6313 (GEL)(DCF) |
| vs. | : |
| | : |
| METROPOLITAN LIFE | : |
| INSURANCE COMPANY | : |
| | : |
| Defendant. | : |

### CIVIL ACTION – RULE 7.1 STATEMENT ON BEHALF OF METROPOLITAN LIFE INSURANCE COMPANY

The following is a list of all corporate parents of Metropolitan Life Insurance Company which own more than 10% of its stock:

> Metropolitan Life Insurance Company is a wholly owned subsidiary of MetLife, Inc. and is publicly owned.

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
         Randi F. Knepper, Esq.

Dated: August 8, 2008

1124758_1

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
       Randi F. Knepper

|                                      |                                      |
| ------------------------------------ | ------------------------------------ |
| SCOTT S. KANYOK                      | : UNITED STATES DISTRICT COURT       |
|                                      | : SOUTHERN DISTRICT OF NEW YORK      |
| Plaintiff,                           | : CIVIL ACTION NO.: 08-cv-6313 (GEL)(DCF) |
| vs.                                  |                                      |
| METROPOLITAN LIFE INSURANCE COMPANY  |                                      |
| Defendant.                           |                                      |

## CIVIL ACTION – CERTIFICATE OF SERVICE

I, Carol Thomas, am employed by the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Metropolitan Life Insurance Company ("MetLife") in the within matter.

On August 8, 2008, I served true and accurate copies of the within Rule 7.1 Statement and this Certification of Service upon the following in accordance with the Federal Rules of Civil Procedure, the electronic filing rules of the United States District Court, Southern District of New York on the following:

Scott M. Riemer, Esq.
Riemer & Associates, LLC
Office and Post Office Address
60 East 42nd Street, Suite 243
New York, NY 10165

I HEREBY CERTIFY that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Carol Thomas*
Carol Thomas

Date: August 8, 2008

1124772_1