UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SCOTT S. KANYOK,

               Plaintiff,

  -v-

METROPOLITAN LIFE INSURANCE CO.,

              Defendant.
----------------------------------------------------------- x

08 Civ. 6313 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    Defendant requests an extension of the time within which to answer or otherwise respond to the complaint in order to permit receipt of the applicable administrative record. Accordingly, defendant's time to answer or otherwise respond to the complaint is extended up to and including September 22, 2008.

SO ORDERED.

Dated: New York, New York
       August 15, 2008

                                                GERARD E. LYNCH
                                          United States District Judge